In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00033-CV

                                                ______________________________

 

 

                                        CORDELL MOODY,
Appellant

 

                                                                V.

 

                               JASON & IHOP #3232, ET AL.,
Appellees

 

 

                                                                                                  


 

 

                                        On Appeal from the 76th Judicial District Court

                                                              Titus County, Texas

                                                            Trial
Court No. 34536

 

                                                           
                                       

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                     MEMORANDUM 
OPINION

 

            Cordell
Moody filed his notice of appeal pro se April 20, 2010.

            The
clerk’s record was filed April 29, 2010, in this summary judgment case.  Therefore, the appellant’s brief was due June
1, 2010.  

            When
neither a brief nor a motion to extend time for filing the same had been filed
by June  23, 2010, we contacted appellant by letter and informed him that,
if a brief had not been filed by July 8, 2010, the appeal would be subject to
dismissal for want of prosecution.  See Tex.
R. App. P. 42.3(b), (c).

            No
brief has been filed.  Pursuant to Tex. R. App. P. 42.3(b), we dismiss
this appeal for want of prosecution.

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          July
27, 2010

Date Decided:             July 28, 2010